CLD-014
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **24-2231**

DAVID HARRINGTON,
                Appellant

v.

HOUTZDALE SCI; et al.

    (E.D. Pa. No. 2:20-cv-02076)

Present:        KRAUSE, PHIPPS, and SCIRICA, <u>Circuit Judges</u>

        Submitted are

1)  By the Clerk for possible dismissal due to a jurisdictional defect; and

2)  Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

        in the above-captioned case.

                          Respectfully,

                          Clerk

_____ORDER_____

To be timely, a notice of appeal in a civil case must be filed within thirty days after entry of judgment.  <u>See</u> Fed. R. App. P. 4(a)(1)(A).  The deadline for filing a notice of appeal in a civil case is "mandatory and jurisdictional." <u>Bowles v. Russell</u>, 551 U.S. 205, 207-09 (2007).  This Court "do[es] not have the power to create equitable exceptions to jurisdictional requirements." <u>Carrascosa v. McGuire</u>, 520 F.3d 249, 254 n.9 (3d Cir. 2008).  Nor has Harrington filed any documents which might be construed as a timely motion to extend the time to appeal under Fed. R. App. P. 4(a)(5) or to reopen the time to appeal under Fed. R. App. P. 4(a)(6).  Harrington's appeal is plainly untimely, so we dismiss it for lack of appellate jurisdiction.  Because we dismiss the appeal on

jurisdictional grounds, we do not reach the question of whether to issue a certificate of appealability.

By the Court,

s/ *Peter J. Phipps*
Circuit Judge

Dated: November 1, 2024
Tmm/cc: David Harrington
       David Napiorski, Esq.
       Susan E. Affronti, Esq.
       Ronald Eisenberg, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate